UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **METRO BROKERS, INC.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION FILE NO.:** |
| | ) | **1:12-cv-03010-ODE** |
| **TRANSPORTATION** | ) | |
| **INSURANCE COMPANY** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **Defendant.** | ) | |
| | ) | |

**JOINT CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENTS**

Plaintiff and Defendant hereby submit this Joint Certificate of Interested

Persons and Corporate Disclosure Statement and state as follows:

1. Metro Brokers, Inc. ("Metro Brokers") is a non-governmental Georgia

corporation and Plaintiff in this civil action. No public company owns 10% or

more of Metro Brokers.

2. Transportation Insurance Company ("TIC") is an insurance company

domesticated in the State of Illinois and has its principal place of business in

Chicago, Illinois. No public company owns 10% or more of TIC. TIC's issued

common stock is not publicly traded. All of TIC's issued common stock is owned

by Continental Casualty Company.

3.    The undersigned Counsel of Record certify that the following is a full and complete list of all parties in this action:

**Plaintiffs:**        Metro Brokers, Inc.

**Defendants:**      Transportation Insurance Company

**(2)**  The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Metro Brokers Holding Company, Inc., which owns 100% of Metro Brokers, Inc.

Continental Casualty Company.  Out of an abundance of caution, Defendant TIC discloses the following additional information:

- All of Continental Casualty Company's issued common stock is owned by The Continental Corporation.

- The Continental Corporation's issued common stock is not publicly traded.  All of The Continental Corporation's issued common stock is owned by CNA Financial Corporation, which has issued shares to the public.

- Loews Corporation owns the majority of the stock of CNA Financial Corporation and is publicly traded.  No other corporation owns 10% or more of the stock of CNA Financial Corporation.

- Fidelity Bank.

**(3)** The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Plaintiffs:**     David J. Hungeling and Adam S. Rubenfield

**Defendants:**     William H. Stanhope and Taylor L. Davis.

Submitted this 16th day of October, 2012.


/s/ David J. Hungeling
David J. Hungeling
Georgia Bar No. 378417
Adam S. Rubenfield
Georgia Bar No. 419033
Law Office of David J. Hungeling, P.C.
Peachtree 25th, Suite 599
1718 Peachtree Street
Atlanta, Georgia 30309
404-574-2466 (Phone)
404-574-2467 (Fax)
david@hungelinglaw.com
adam@hungelinglaw.com
***Attorneys for Plaintiff***

s/Taylor L. Davis
William H. Stanhope
Georgia Bar No. 675025
Taylor L. Davis

Georgia Bar No. 804288
ROBINS, KAPLAN, MILLER & CIRESI
L.L.P.
One Atlantic Center
1201 West Peachtree Street
Suite 2200
Atlanta, GA  30309
Telephone:  (404) 760-4300
Facsimile:  (404) 233-1267
Email: whstanhope@rkmc.com
        tldavis@rkmc.com
**ATTORNEYS FOR DEFENDANT
TRANSPORTATION INSURANCE
COMPANY**

## <u>CERTIFICATE OF SERVICE AND TYPE</u>

Pursuant to Local Rule 7.1D, the undersigned counsel for Plaintiffs hereby certify that the foregoing has been prepared with a font size and point selection (Times New Roman, 14 pt.) which was approved by the Court, and that on this 16th day of October, 2012, the foregoing **JOINT CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

William H. Stanhope (whstanhope@rkmc.com)

Taylor L. Davis (tldavis@rkmc.com)

>>>> **LAW OFFICE OF DAVID J. HUNGELING, P.C.**

>>>> <u>/s/ David J. Hungeling</u>
>>>> David J. Hungeling
>>>> Georgia Bar No. 378417
>>>> *Attorney for Plaintiff*